**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 12, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00045-CR

### CHIDI MACCAI ONUNKWO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1584878**

## MEMORANDUM OPINION

Appellant Chidi Maccai Onunkwo has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.

Do Not Publish – Tex. R. App. P. 47.2(b)